# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Darlene D'Amour
P.O. Bo 273
Rye, NH 03879,

        Plaintiff,

    v.

The Prudential Insurance
Company of America
PO Box 13480
Philadelphia, PA 19176,

        Defendant.

Civil Action No. 1:21-cv-01073-AJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Darlene D'Amour

("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential")

(collectively "the parties"), by and through their undersigned counsel, hereby stipulate and agree

that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own

costs, expenses, and attorneys' fees.

79987326v.1

**Dated: March 1, 2022**

By: /s/ *Christopher G. Roundy*

Christopher G. Roundy
Roundy Law Offices, P.A.
52 Littleworth Road
Dover, New Hampshire 03820
Telephone: (603) 743-4800
Facsimile: (603) 743-4888
Email: cgroundy@gmail.com

*Attorneys for Plaintiff*
*Darlene D'Amour*

**Dated: March 1, 2022**

By: /s/ *Robert Pearce*

Robert Pearce
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801

Alnisa Bell (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
E-mail: abell@seyfarth.com

Matthew A. Clabots (*pro hac vice*)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000
Fax: (312) 460-7000
Email: mclabots@seyfarth.com

*Attorneys for Defendant*
*The Prudential Insurance Company of*
*America*

79987326v.1